UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEVIN THOMAS WEAVER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3747** |
| **RANDY SMITH, ET AL.** | **SECTION "E" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Devin Thomas Weaver's 42 U.S.C. § 1983 complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 2nd day of June, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**